Bernice Murphy, by Cornelius Murphy, plaintiff in error, v. William J. Ryan, defendant in error. Gen. No. 30,328.

Action for personal injuries by automobile. Judgment for defendant. Error to the Superior Court of Cook county; the Hon.

Jesse Holdom, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 16, 1926.

Leesman & Roemer, for plaintiff in error. Burt A. Crowe, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.